No. 539
PHILLIPS CO. v. WHITE CLIFFS
PRODUCT CO.
Superior Court of Cincinnati
No. 59135. Decided Dec. 10, 1924.

677. JUDGMENTS AND DECREES—court, where there is no meritorious defense Summary judgment may be rendered by the court, where there is no meritorious defense and evidence is clear and convincing.
MARK, J.

The Victor L. Phillips Co. sought to recover from the Krippendorf-Tuttle White Cliffs Product Co. on three notes. The Products Co. answered by admitting corporate capacity and denying the allegations in the petition of the Phillips Co. A motion was made by the Phillips Co. to strike said answer from the files, declaring it to be a pure sham, interposed for the purpose of delay; and moved for a summary judgment on the ground that there was no meritorious defense.

The court in striking the answer from the files and in granting the motion for summary judgment, said:

1. If not for the power of the court to grant a summary judgment, where there is no scintilla of defense, a debtor could delay the collection of a just claim by simply filing a formal answer, no matter how frivolous it might be.

2. A trial court has had the power to do this, since the rule was laid down in White v. Calhoun, 82 OS. 401.

Attorneys—Edward H. Brink, Cincinnati, for Phillips Co.; Ross, Jones, and Tebbe, Cincinnati, for Products Co.

**5** SEMI-ANNUAL

# Abstract Digests

FIRST, SECOND, THIRD AND FOURTH

1. January to July, 1923
2. July to January, 1924
3. January to July, 1924
4. July to January, 1925
5. January to July, 1925

Single or
BOUND IN ONE VOLUME
Buckram Covers

Attorneys who have not been subscribers to the Abstract, and those who want convenient access to the about 1500 Ohio cases published exclusively in the Abstract, since its service began, should get this Book.

Only a Limited Number, 1 to 4, Left

PRICE NOW, WHILE THEY LAST

Either Number, separate, $2.50

$8.00 FOR THE FIRST FOUR IN ONE
Including One Year's Subscription to The

Abstract, from July 1, 1925, $20.00

Price subject to withdrawal at any time, as our supply of some numbers is limited.

## Law Abstract Co.

---

POSITIONS FOR YOUNG LAWYERS
AND LAW STUDENTS

We have employment, for whole or part time, for a few of this year's Law School Graduates.

The work will be getting experience that will be very helpful to them in their future professional work, if they intend to practice law.

For information, address The Ohio Law Abstract, 13916 Euclid Ave. or

Phone Eddy 4298, and appointment will be made for interview.

**THE LAW ABSTRACT CO.**